**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR REYES, | ) | NO. CV 08-2597-R(E) |
| | ) | |
|     Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS, |
|  v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| JOHN MARSHALL, | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
|     Respondent. | ) | |
| | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein by United States mail on Petitioner and counsel for
4  Respondent.

6       LET JUDGMENT BE ENTERED ACCORDINGLY.

8       DATED: August 26, 2008.

        _____
              MANUEL L. REAL
          UNITED STATES DISTRICT JUDGE

2